IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAQUEL RODRIGUEZ | : CIVIL ACTION |
| v. | : |
| | : No. 10-3203 |
| MICHAEL J. ASTRUE, | : |
| *Commissioner of Social Security* | : |

FILED

NOV 1 3 2012

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 13th day of November, 2012, upon consideration of the Report and Recommendation issued by the Honorable Lynne A. Sitarski, United States Magistrate Judge, to which no objections have been filed, and upon independent review of the briefs filed by the parties, it is ORDERED:

- the Report and Recommendation is APPROVED and ADOPTED;

- Plaintiff's Request for Review is GRANTED; and

- this matter is REMANDED to the Commissioner of Social Security for further proceedings in accordance with 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Juan R. Sánchez, J.